■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CHARLES ROBERTS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—attempted robbery, third degree.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.